UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| IN RE: )<br>**REBECCA L. KEDROWSKI** )<br>)<br>)<br>)<br>Debtor(s) ) | <br><br><br>Case No. 16-10947-cjf<br><br>Chapter 13 |

**OBJECTION TO CLAIM OF CAVALRY SPV, LLC c/o BASS & ASSOCIATES, PC**

Comes now Rebecca L. Kedrowski (aka Edgren), Debtor herein, by counsel, Richard A. Check, and in support of the objection to the claim of Cavalry SPV, LLC c/o Bass & Associates, PC (herein "Cavalry") states the following:

1. On March 22nd, 2016, the above captioned Debtors commenced the proceeding under Chapter 13 of Title 11 of the United States Bankruptcy Code.

2. Cavalry filed a Proof of Claim for the secured amount of $5,790 and an unsecured amount of $11,529.37.

3. The Debtor objects to this claim because she intends to surrender her interest in the 2013 Polaris ATV for which Cavalry holds a secured lien. Debtor does not wish to pay this claim through the plan and will surrender the collateral.

4. For the foregoing reasons, the Debtor asserts that the claim of Cavalry under Claim #16 should be denied.

WHEREFORE, the Debtor, Rebecca Kedrowski prays that the claim of Cavalry SPV, LLC, (Claim #16) be denied, and further requests all other relief just and proper in the premises.

Dated this 21st day of November, 2016.

Drafted By:
Richard A. Check
757 N. Water St., #300
Milwaukee, WI 53202
Tel. (414) 223-0000
Fax. (414) 223-3245

Respectfully Submitted,

S:// *Richard Check*

Richard Check #1012204
Attorney for Debtor(s)
757 N. Water St. #300
Milwaukee, WI  53202
414-223-0000

CERTIFICATE OF SERVICE

The undersigned paralegal hereby certifies that a copy of the foregoing Objection to Claim was served upon the following by first class United States Mail, postage prepaid, on or before this 21st day of November, 2016.

**Rebecca Kedrowski**
PO Box 55
King, WI 54946-0055

**Associated Bank**
Claims Filing Unit
PO Box 8973
Madison, WI 53708-8973

**Bank Of America, N.A.**
PO BOX 31785
Tampa, FL 33631-3785

**Bk of Amer**
PO Box 45144
Jacksonville, FL 32231-5144

**Bureaus Investment Group Portfolio No 15 LLC**
c/o Recovery Management Systems Corp
25 SE 2nd Avenue Suite 1120
Miami FL 33131-1605

**Cap1/mnrds**
PO Box 7680
Carol Stream, IL 60116-7680

**Cap1/polrs**
PO Box 7680
Carol Stream, IL 60116-7680

**Capital One**
PO Box 5222
Carol Stream, IL 60197-5222

**Capital One NA**
c/o Becket and Lee LLP
PO Box 3001
Malvern PA 19355-0701

**Cavalry SPV I, LLC**
Bass & Associates, P.C.
3936 E. Ft. Lowell Rd., Suite 200
Tucson, AZ 85712

**Cavalry SPV I, LLC.**
c/o Bass & Associates, P.C.
3936 E. Ft. Lowell Rd., Suite #200
Tucson, AZ 85712

**Citi**
PO Box 6004
Sioux Falls, SD 57117-6004

**Comenity Bank/Maurices**
PO Box 182789
Columbus, OH 43218-2789

**Community First Credit Union**
PO Box 1487
Appleton, WI 54912-1487

**Community First Cu**
2626 S Oneida St
Appleton, WI 54915-2101

**Discover Bank**
Discover Products Inc
PO Box 3025
New Albany, OH 43054

**Discover Fin Svcs LLC**
PO Box 15316
Wilmington, DE 19850-5316

**eCAST Settlement Corporation**
PO Box 29262
New York NY 10087-9262

**Elan Financial Service**
777 E Wisconsin Ave
Milwaukee, WI 53202-5300

**Fed Loan Serv**
PO Box 60610
Harrisburg, PA 17106-0610

**First Federal Svg/Glel**
PO Box 7860
Madison, WI 53707-7860

**Kohls/capone**
N56 W 17000 Ridgewood Dr
Menomonee Falls, WI 53051

**Kwik Trip**
1626 Oak St
La Crosse, WI 54603-2308

**KWIK TRIP CORPORATION**
C/O CERTIFIED RECOVERY INC
PO BOX 808
EAU CLAIRE, WI 54702

**MIDLAND FUNDING LLC**
PO BOX 2011
WARREN, MI 48090

**Portfolio Recovery Associates, LLC**
POB 12914
Norfolk VA 23541

**Quantum3 Group LLC as agent for**
Comenity Bank
PO Box 788
Kirkland, WA 98083-0788

**Santander Consumer USA**
8585 N Stemmons Fwy Ste 1100-N
Dallas, TX 75247-3822

**Santander Consumer USA, Inc.**
P.O. Box 560284
Dallas, TX 75356

**Syncb/Care Credit**
C/o
PO Box 965036
Orlando, FL 32896-5036

**U.S. Department of Education**
C/O FedLoan Servicing
P.O. Box 69184
Harrisburg, PA 17106-9184

**US Bk Hm Mtg**
4801 Frederica St
Owensboro, KY 42301-7441

**Wells Fargo Bank NA**
PO Box 10438
Des Moines IA 50306-0438

**Wffnatbank**
PO Box 94498
Las Vegas, NV 89193-4498

Additionally, the documents referenced above were also served via electronic means on the following individuals on November 21st, 2016:

| Honorable Catherine J Furay | Mark Harring |
|---|---|
| U.S. Bankruptcy Court Judge | Chapter 13 Trustee |
| 500 South Barstow Street | 131 W. Wilson Street, Ste 1000 |
| Eau Claire, WI 54701 | Madison, WI 53703 |

Dated: 11/21/16    S:// *Samuel Check*

Samuel Check
*Paralegal to Attorney Richard A. Check*