**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF WISCONSIN**

| | | |
|---|---|---|
| IN RE: | ) | |
| **REBECCA L. KEDROWSKI** | ) | |
| | ) | **Case No. 16-10947-cjf** |
| | ) | |
| | ) | CHAPTER 13 |
| DEBTOR | ) | |

**NOTICE AND REQUEST TO MODIFY CHAPTER 13 PLAN**

NOTICE IS HEREBY GIVEN THAT:

The Debtor has filed papers with the court requesting modification of the Chapter 13 Plan in the above case.

**Your rights may be affected.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult one.)**

If you do not want the court to modify the plan as proposed, or if you want the court to consider your views on the request, **then on or before 21 days after service of the notice**, you or your attorney must:

File with the court a written request for hearing which shall contain a short and plan statement of the factual and legal basis for the objection.  File your written request at:

> Clerk of Bankruptcy Court
> 500 South Barstow St
> Eau Claire, WI 54701

If you mail your request to the court for filing, you must mail it early enough so the court will receive it on or before the date stated above.

You must also mail a copy to:

> Bankruptcy Law Office of Richard A. Check
> 757 N. Broadway, Ste. 401
> Milwaukee, WI 53202

If you or your attorney, do not take these steps, the court may decide that you do not oppose the request and may enter an order modifying the plan.

Prepared By:
Attorney Richard A. Check, Esq.
757 N. Broadway, Suite 401
Milwaukee, WI 53202
Phone: 414-223-0000
Fax: 414-223-3245
rickchecklaw@aol.com

## REQUEST TO MODIFY CHAPTER 13 PLAN

1. The Proponent of this modification is:

    **X**   the Debtor;

    _____ the Chapter 13 Trustee (post-confirmation modifications only);

    _____ the holder of an unsecured claim

2. This is a request to modify a Chapter 13 Plan (Select A. or B.):

    A. **X** post-confirmation;

    B. \_\_\_\_pre-confirmation (Select i. or ii.);

        i. \_\_\_\_ Debtor(s)/Debtor(s) attorney certifies that the proposed

modification does not materially adversely affect creditors (Local

Bankruptcy Rule 3015(b)); or

        ii. **X** Debtor(s)/Debtor(s) attorney certifies that the proposed

modification materially adversely affects only the following creditors and

a copy of the proposed modification has been served on them (Local

Bankruptcy Rule 3015(b)). The creditors affected are:  *see attached list

3. The Proponent wishes to modify the Chapter 13 Plan to do the following:

*Debtor wishes to adjust plan payment amount for feasibility

*Debtor wishes to clarify the treatment of certain secured claims, specifically the secured

claims filed by Cavalry SPV, LLC (claim #16) and Wells Fargo Bank, N.A. (claim #10)

4. The reason(s) for the modification is/are:

Prepared By:
Attorney Richard A. Check, Esq.
757 N. Broadway, Suite 401
Milwaukee, WI 53202
Phone: 414-223-0000
Fax: 414-223-3245
rickchecklaw@aol.com

*Debtor has objected to the claim filed by Cavalry SPV, LLC (claim #16) as the debtor

intends to surrender her interest in the secured collateral. Debtor does not intend to pay this

claim through the plan.

*In Debtor's original filed schedules and plan, Debtor failed to classify the Wells Fargo

Claim as "secured." The debt was inadvertently listed on schedule F as an "unsecured debt.

As a result, debtor must clarify her intention to pay the *secured* claim through the plan (an

Amended schedule E/F and D have been filed with respect to these changes as well).

*Debtor must adjust her Chapter 13 plan payment for feasibility and to assure the plan is

completed within the maximum 60 month term.

5. Select A. or B.

      A.  _X__  The Chapter 13 Plan confirmed or last modified on July 6th, 2016 is

      modified as follows:

      B. ___ The unconfirmed Chapter 13 Plan filed ____ is modified as

      follows:

      **\*Debtor shall pay to Wells Fargo Bank, N.A. in the amount of $825.23 at 0%**

      **interest through the plan for their secured auto claim (claim #10).**

      **\*Debtor shall <u>not</u> pay Cavalry SPV, LLC for their secured claim (Claim #16)**

      **through the plan. Debtor intends to surrender her interest in the collateral.**

      **An Objection to the claim has been filed.**

Prepared By:
Attorney Richard A. Check, Esq.
757 N. Broadway, Suite 401
Milwaukee, WI 53202
Phone: 414-223-0000
Fax: 414-223-3245
rickchecklaw@aol.com

**\* Debtor's plan payment shall increase to $347 bi-weekly for the remainder**

**of the plan. These payments shall be made direct to the Trustee.**

All remaining terms and provisions of the Plan are unaffected unless specifically addressed herein. In the event of a conflict between the original Plan and the modification set forth above, the latter shall supersede and control.

6. **BY SIGNING BELOW THE PROPONENT OF THE MODIFICATION**

**CERTIFIES THAT, AFTER REVIEW OF THE MODIFICATION AND ALL**

**OTHER TERMS AND PROVISIONS OF THE PLAN, THOSE REMAINING**

**TERMS AND PROVISIONS OF THE PLAN ARE CONSISTENT WITH THE**

**PROPOSED MODIFICATIONS.**

Prepared By:
Attorney Richard A. Check, Esq.
757 N. Broadway, Suite 401
Milwaukee, WI 53202
Phone: 414-223-0000
Fax: 414-223-3245
rickchecklaw@aol.com

## **CERTIFICATION**

I, Attorney Richard A. Check, attorney for Debtors, certify that I have reviewed the

modification proposed above with the Debtor(s), and that the Debtor(s) has/have

authorized me to file it with the court.

S://_____          11/21/16_____
Attorney Richard A. Check                     Date


        WHEREFORE, the Proponent requests that the court approve the modification

to the Chapter 13 Plan as stated herein.


Dated November 21ˢᵗ, 2016 in Milwaukee, WI 53202


                              Signature: /s/ Richard A. Check_____
                                        Richard A. Check
                                        #10122-04
                                        Attorney for Debtor(s)

Prepared By:
Attorney Richard A. Check, Esq.
757 N. Broadway, Suite 401
Milwaukee, WI 53202
Phone: 414-223-0000
Fax: 414-223-3245
rickchecklaw@aol.com

## CERTIFICATE OF SERVICE

I hereby certify that on November 21st, 2016 a copy of the Notice and Request to Modify Chapter 13 plan was electronically filed with the Clerk of Court and served upon the following parties using the ECF System or by first class United States Mail, postage prepaid:

**Rebecca Kedrowski**
PO Box 55
King, WI 54946-0055

**Associated Bank**
Claims Filing Unit
PO Box 8973
Madison, WI 53708-8973

**Bank Of America, N.A.**
PO BOX 31785
Tampa, FL 33631-3785

**Bk of Amer**
PO Box 45144
Jacksonville, FL 32231-5144

**Bureaus Investment Group Portfolio No 15 LLC**
c/o Recovery Management Systems Corp
25 SE 2nd Avenue Suite 1120
Miami FL 33131-1605

**Cap1/mnrds**
PO Box 7680
Carol Stream, IL 60116-7680

**Cap1/polrs**
PO Box 7680
Carol Stream, IL 60116-7680

**Capital One**
PO Box 5222
Carol Stream, IL 60197-5222

**Capital One NA**
c/o Becket and Lee LLP
PO Box 3001
Malvern PA 19355-0701

**Cavalry SPV I, LLC**
Bass & Associates, P.C.
3936 E. Ft. Lowell Rd., Suite 200
Tucson, AZ 85712

Prepared By:
Attorney Richard A. Check, Esq.
757 N. Broadway, Suite 401
Milwaukee, WI 53202
Phone: 414-223-0000
Fax: 414-223-3245
rickchecklaw@aol.com

**Citi**
PO Box 6004
Sioux Falls, SD 57117-6004

**Comenity Bank/Maurices**
PO Box 182789
Columbus, OH 43218-2789

**Community First Credit Union**
PO Box 1487
Appleton, WI 54912-1487

**Community First Cu**
2626 S Oneida St
Appleton, WI 54915-2101

**Discover Bank**
Discover Products Inc
PO Box 3025
New Albany, OH 43054

**Discover Fin Svcs LLC**
PO Box 15316
Wilmington, DE 19850-5316

**eCAST Settlement Corporation**
PO Box 29262
New York NY 10087-9262

**Elan Financial Service**
777 E Wisconsin Ave
Milwaukee, WI 53202-5300

**Fed Loan Serv**
PO Box 60610
Harrisburg, PA 17106-0610

**First Federal Svg/Glel**
PO Box 7860
Madison, WI 53707-7860

**Kohls/capone**
N56 W 17000 Ridgewood Dr
Menomonee Falls, WI 53051

**Kwik Trip**
1626 Oak St
La Crosse, WI 54603-2308

**KWIK TRIP CORPORATION**
C/O CERTIFIED RECOVERY INC
PO BOX 808
EAU CLAIRE, WI 54702

Prepared By:
Attorney Richard A. Check, Esq.
757 N. Broadway, Suite 401
Milwaukee, WI 53202
Phone: 414-223-0000
Fax: 414-223-3245
rickchecklaw@aol.com

**MIDLAND FUNDING LLC**
PO BOX 2011
WARREN, MI 48090

**Portfolio Recovery Associates, LLC**
POB 12914
Norfolk VA 23541

**Quantum3 Group LLC as agent for**
Comenity Bank
PO Box 788
Kirkland, WA 98083-0788

**Santander Consumer USA**
8585 N Stemmons Fwy Ste 1100-N
Dallas, TX 75247-3822

**Santander Consumer USA, Inc.**
P.O. Box 560284
Dallas, TX 75356

**Syncb/Care Credit**
C/o
PO Box 965036
Orlando, FL 32896-5036

**U.S. Department of Education**
C/O FedLoan Servicing
P.O. Box 69184
Harrisburg, PA 17106-9184

**US Bk Hm Mtg**
4801 Frederica St
Owensboro, KY 42301-7441

**Wells Fargo Bank NA**
PO Box 10438
Des Moines IA 50306-0438

**Wffnatbank**
PO Box 94498
Las Vegas, NV 89193-4498

Prepared By:
Attorney Richard A. Check, Esq.
757 N. Broadway, Suite 401
Milwaukee, WI 53202
Phone: 414-223-0000
Fax: 414-223-3245
rickchecklaw@aol.com

Additionally, the documents referenced above were also served via electronic means on the following individuals on November 21st, 2016:

| Office of the United States Trustee Western District of Wisconsin 780 Regent Street, Ste 304 Madison, WI 53715 | Mark Harring Chapter 13 Trustee 131 W Wilson Street, Ste 1000 Madison, WI 53703 |
| --- | --- |

Date: 11/21/2016

S:// *Samuel Check*_____
Samuel Check
Paralegal for Attorney Richard A. Check

Prepared By:
Attorney Richard A. Check, Esq.
757 N. Broadway, Suite 401
Milwaukee, WI 53202
Phone: 414-223-0000
Fax: 414-223-3245
rickchecklaw@aol.com