**THIS ORDER IS SIGNED AND ENTERED.**

**Dated: January 30, 2017**

_____
Hon. Catherine J. Furay
United States Bankruptcy Judge

_____

### UNITED STATES BANKRUPTCY COURT
### FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| In the matter: ) | |
| ) | |
| **REBECCA KEDROWSKI,** ) | **Case No.** 16-10947-cjf |
| ) | |
| Debtor ) | **Chapter 13** |
| ) | |

### ORDER GRANTING OBJECTION TO CLAIM OF CAVALRY SPV, LLC c/o BASS & ASSOCIATES, PC (CLAIM #16)

Based on the debtor's Objection to Claim of Cavalry SPV, LLC c/o Bass & Associates, PC (herein "Cavalry") filed with the Court on November 21, 2016 under ECF Docket No. 50: All relevant parties were notified and given the opportunity to object. No objections have been made,

THERFORE IT IS ORDERED that the Objection is GRANTED. The claim of Cavalry (claim #16) is hereby denied and shall be disallowed in its entirety.

# # # # #